**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Jean Anne Warrington | : CHAPTER 13 |
| xxx-xx-3519 | : |
| 2780 E.County Line Rd. | : NO. 24-10283-AMC |
| Hatboro PA 19040 | : |
| | : ☐ ORIGINAL PLAN |
| | : |
| Debtor | : ☒ _2nd_ AMENDED PLAN |
| | : |
| | : DATE October 25, 2024 |

### CERTIFICATION OF SERVICE

I, Michael W. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on October 25, 2024 I did serve the attached Chapter 13 Plan by electronic means or regular first class mail, postage prepaid, on the persons set forth below, at the addresses listed with each name:

Office of the U.S. Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Standing Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City UT 84165
For Deutsche Bank National Trust Co.

District Court 38-2-08
2027 Philmont Avenue
No. 100
Huntington Valley, PA 19006

John Lindenger
Internal Revenue Service
Centralized Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448

Michele L. McGowan, Esquire
Robertson, Anschutz, Schneid, Crane
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Attorney for DeutscheBank & Servicer

Stephen M. Hladik, Esquire
298 Wissahickon Avenue
North Wales, PA 19454

Upper Moreland Township
117 Park Avenue
Willow Grove, PA 29090

Date:October 25, 2024

/s/ Michael W. Gallagher
Michael W. Gallagher, Esquire
600 West Germantown Pike
Suite 400
Plymouth Meeting PA 19462
(484)679-1488
(484)602-9579 Fax
Attorney for Debtor